ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AMERICAN FUEL & PETROLEUM MANUFACTURERS, Petitioner, v. ENVIRONMENTAL PROTECTION AGENCY, et al., Respondents. | No. 25-1089 |

MOTION TO HOLD CASE IN ABEYANCE

1. Respondents move the Court to hold this case in abeyance for an additional 120 days. Petitioner consents. Movant State Respondent-Intervenor and movant Environmental Respondent-Intervenors take no position.

2. This petition for review challenges EPA's action, *California State Nonroad Engine Pollution Control Standards; In-Use Diesel-Fueled Transport Refrigeration Units (TRU) and TRU Generator Sets; Notice of Decision*, 90 Fed. Reg. 2000 (Jan. 10, 2025).

3. On April 11, 2025, EPA moved to hold this case in abeyance to allow EPA to brief new administration officials about this case and the underlying decision to allow them to decide what action, if any, is necessary. ECF No.

2110672. The Court granted that order on April 25, and ordered the parties to file motions to govern by August 25. ECF No. 2113005.

4. On August 25, December 31, 2025, and May 8, 2026, EPA moved to extend the abeyance. ECF Nos. 2131937, 2152491, 2172389. The Court granted all three motions. ECF Nos. 2133537, 2153489, 2172495.

5. Agency officials are still considering the challenged action. In order to complete that process in an orderly and deliberate way, Respondents request that the Court continue the abeyance for an additional 120 days, with motions to govern due at the end of that period.

Respectfully submitted on September 8, 2026

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

/s/ Jeffrey Hughes
JEFFREY HUGHES
United States Department of Justice
P.O. Box 7611
Washington D.C. 20044
Tel: (202) 532-3080
jeffrey.hughes@usdoj.gov

*Counsel for Respondents*

CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 212 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (a)(6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman fourteen-point font.

/s/ *Jeffrey Hughes*